THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00115-MR

| | |
|---|---|
| TAMMIE PIKE HUNTER, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ) </br> CAROLYN W. COLVIN, Acting ) </br> Commissioner of Social Security, ) </br> ) </br> Defendant. ) </br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 12].

For the reasons in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 12] is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

_____
Martin Reidinger
United States District Judge